UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP,

                    Plaintiff,

          -v.-

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, et al,

                    Defendants.

26 Civ. 3292 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

This case arises under the Freedom of Information Act, Title 5, United States Code, Section 552. The parties are hereby ORDERED to file a joint letter, no later than **two weeks from the date of this Order**, stating whether there is any need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

          SO ORDERED.

Dated: May 27, 2026
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge