UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP,

               Plaintiff,

     -v-

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY ET AL,

              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2026

**ORDER**

26-CV-3292 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Parties' joint letter, ECF No. 19. The Parties shall provide a joint status update by **August 10, 2026**.

**SO ORDERED.**

Dated: June 11, 2026
      New York, New York

                                         _____
                                   Henry J. Ricardo
                                   United States Magistrate Judge

1