UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/2026

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP,

Plaintiff,

-v-

UNITED STATES DEPARTMENT OF HOMELAND SECURITY ET AL,

Defendants.

**ORDER**

26-CV-3292 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Parties' joint letter, ECF No. 21. The Parties shall provide the next joint status update on **October 9, 2026**.

The discovery dispute raised in the joint letter requires further explanation. If the Parties wish for the dispute to be addressed, Plaintiff should file a separate letter motion explaining the dispute. Defendants may submit a factual declaration along with their letter response if they wish.

**SO ORDERED.**

Dated: August 11, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge