USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 10/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP,

Plaintiff,

-v-

UNITED STATES DEPARTMENT OF HOMELAND SECURITY ET AL,

Defendants.

**ORDER**

26-CV-3292 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Parties' joint status report, ECF No. 23. The Parties shall provide the next joint status report on **December 11, 2026**.

To the extent the Parties wish to raise a discovery dispute, they should follow the procedures set out in the undersigned's Individual Rules and Practices for Civil Cases, which requires that discovery disputes be raised in pre-motion letters that request a discovery conference in accordance with Local Civil Rule 37.2.

**SO ORDERED.**

Dated: October 14, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge